IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | CASE NO.:  1:19-CR-58 (LAG) |
| : | |
| JAMIE KEITH, *et al.,* : | |
| : | |
| Defendant.   : | |
| _____ : | |

**<u>ORDER</u>**

On August 11, 2021, the Court ordered Je'Nita Nakia Lane, counsel for Defendant Dallas Sutton, to show cause within 7-days why she should not be held in contempt of Court for failure to appear, without seeking to be excused, at the Pretrial Conference held on August 9, 2021 in the above-captioned matter. (Doc. 799). On August 20, 2021, Attorney Lane filed an untimely response to the Court's Show Cause Order. (Doc. 826). In her Response, Attorney Lane gave reason for her absence and explained remedial measures her office has adopted in order to ensure a similar absence will not happen again. Specifically, Attorney Lane represents that her office has experienced a staff shortage due to members of her staff testing positive for COVID-19. (*Id.* ¶ 3). As a result, Attorney Lane "failed to notice and calendar the date for the pre-trial conference." (*Id.* ¶ 4). Attorney Lane represents to the Court that she understands that she "must attend all pretrial conferences and scheduled hearings unless excused by the [C]ourt." (*Id.* ¶ 7). Accordingly, Attorney Lane has shown good cause for why she should not be held in contempt. The Court reminds counsel that it is her responsibility to monitor the docket, attend scheduled hearings, and adhere to all Court Orders.

**SO ORDERED**, this 24th day of August, 2021.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, JUDGE**
**UNITED STATES DISTRICT COURT**
